# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE RICHARD FARIBORZ AFRAND<br><br>RICHARD FARIBORZ AFRAND,<br><br>    Appellant<br><br>v.<br><br>BRIAN D. SHAPIRO, et al.,<br><br>    Appellees | Case No.: 2:25-cv-00131-APG<br><br>**Order Denying Motion for Leave to Proceed in Forma Pauperis and Denying as Moot Motion for Status**<br><br>[ECF Nos. 4, 11] |

I ORDER that appellant Richard Afrand's motion for leave to proceed in forma pauper **(ECF No. 4) is DENIED** because it is not on the court's approved form and thus lacks the required information. *See* LSR 1-1. Afrand may obtain the proper form, AO240 IFP Application to Proceed Without Prepayment of Fees (Non-inmate Packet) at the District of Nevada's website: https://www.nvd.uscourts.gov/court-information/forms/. The denial is without prejudice to Afrand submitting the request on the proper form.

I FURTHER ORDER that appellant Richard Afrand's motion for status regarding his pending motions **(ECF No. 11) is DENIED as moot**, as I have addressed his motions in this order and a separate order.

DATED this 13th day of March, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE